# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–51142–cag

Chapter No.: 7

Judge: Craig A. Gargotta

IN RE: **William S. Cyphers and Ana F. Cyphers**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **9/16/19 at 08:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 24 Reaffirmation Agreement with Toyota Motor Credit Corporation NOT signed by Debtor's Attorney filed by Toyota Motor Credit Corporation (Collateral or Secured Debt: 2013 Toyota Tundra C4X)) Hearing Scheduled For 9/16/2019 at 08:30 AM at SA Courtroom 3 (Hernandez, Rachel)

Dated: 8/20/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]