UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM S. CYPHERS AKA WILLIAM CYPHERS AKA BILL CYPHERS<br>ANA F. CYPHERS AKA ANA CYPHERS<br>Debtors | CASE NO. 19-51142<br><br>CHAPTER 7 |
| CAPTION & CASE NO. OF ADVERSARY | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING |
| EXHIBIT AND WITNESS LIST OF FBC MORTGAGE, LLC | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | Note | | | |
| B | Deed of Trust/Security Instrument | | | |
| C | Pay History | | | |
| D | Affidavit | | | |

## WITNESS LIST

1. Debtor, WILLIAM S. CYPHERS AKA WILLIAM CYPHERS AKA BILL CYPHERS
2. Debtor, ANA F. CYPHERS AKA ANA CYPHERS

Movant reserves any and all rights to amend the Witness List, to call any witness designated by any other party and use any other Exhibit designated by any other party to the hearing.

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**Kim Ellen Lewinski** TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR MOVANT

W&E 2019-004288 rv

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above foregoing Witness and Exhibit List has been served upon the following parties by first class mail, postage prepaid, or by electronic mail on this __12__ day of __Sept__, 2019.

DEBTORS
WILLIAM S. CYPHERS AKA WILLIAM
CYPHERS AKA BILL CYPHERS
ANA F. CYPHERS AKA ANA CYPHERS
31208 SMITHSON VALLEY RD
BULVERDE, TX 78163

DEBTOR'S ATTORNEY

PRO-SE

TRUSTEE
JOHN PATRICK LOWE
2402 EAST MAIN STREET
UVALDE, TX 78801

US TRUSTEE'S OFFICE
615 E HOUSTON, SUITE 533
PO BOX 1539
SAN ANTONIO, TX 78295-1539

MICHAEL J. BURNS
BONIAL & ASSOCIATES, P.C.
14841 DALLAS PARKWAY
DALLAS, TX 75254

TARA LEDAY
MCCREARY, VESELKA, BRAGG &
ALLEN, PC
P O BOX 1269
ROUND ROCK, TX 78680-1269

_____
HUGHES, WATTERS & ASKANASE, L.L.P.
Dominique Varner    TBA #00791182/FIN 18805
Michael Weems       TBA #24066273
Kim Ellen Lewinski  TBA #24097994