

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

Dated: October 07, 2019

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51142 |
| WILLIAM S. CYPHERS AKA | § | |
| WILLIAM CYPHERS AKA BILL | § | CHAPTER 7 |
| CYPHERS | § | |
| ANA F. CYPHERS AKA ANA | § | |
| CYPHERS | § | |
|     DEBTORS | § | |
| ************************************ | § | |
| FBC MORTGAGE, LLC | § | |
|     MOVANT | § | |
| | § | |
| V. | § | |
| | § | |
| WILLIAM S. CYPHERS AKA | § | |
| WILLIAM CYPHERS AKA BILL | § | |
| CYPHERS | § | |
| ANA F. CYPHERS AKA ANA | § | |
| CYPHERS, DEBTORS AND | § | |
| JOHN PATRICK LOWE, TRUSTEE | § | |
|     RESPONDENTS | § | |

**ORDER TERMINATING THE AUTOMATIC STAY OF
AN ACT AGAINST PROPERTY OF 11 U.S.C. § 362 REGARDING
31208 SMITHSON VALLEY RD, BULVERDE, TX 78163**

In SAN ANTONIO, Texas in said District, came on for hearing the Motion of FBC MORTGAGE, LLC, for Relief from the Automatic Stay of Act Against Property owned by WILLIAM S. CYPHERS AKA WILLIAM CYPHERS AKA BILL CYPHERS and ANA F. CYPHERS AKA ANA CYPHERS, and it appearing that due notice of said Motion having been properly given, that no answer or request for hearing thereon having been filed with the Court and that the automatic stay of 11 U.S.C. § 362 should be terminated as requested. It is therefore,

ORDERED that the automatic stay of 11 U.S.C. § 362 be, and same is hereby, terminated with respect to FBC MORTGAGE, LLC, its successors and assigns, and that certain real property more particularly described as follows:

LEGAL DESCRIPTION MORE PARTICULARLY DESCRIBED ON THE DEED OF TRUST AND MORE COMMONLY KNOWN AS 31208 SMITHSON VALLEY RD, BULVERDE, TX 78163 ("PROPERTY").

to enable FBC MORTGAGE, LLC, its successors and assigns, to enable servicer to take all action authorized under the contract and applicable law, including, without limitation, loan workouts, foreclosure and/or eviction.

ORDERED to the extent the Property is foreclosed on and sold, any excess proceeds from the sale shall be turned over to the Trustee with a reservation of the issue as to whether the Debtor is entitled to such funds.

###END OF ORDER###

*[MOOT watermark across page]*

APPROVED:

*The undersigned counsel of record certifies compliance with Rule 4001.*

By: _____
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**Kim Ellen Lewinski** TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEYS FOR MOVANT

MOOT